IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMAL BERRY,** | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **EXPERIAN INFORMATION SOLUTIONS, LLC,** | : | |
| | : | |
| *Defendant.* | : | NO. 23-cv-01435 |

# ORDER

**AND NOW**, this **20th** day of **June 2023**, upon consideration of Defendant's Motion to Dismiss (ECF No. 6), Plaintiff's Response (ECF No. 8), Defendant's Reply (ECF No. 10), and Plaintiff's Sur-Reply (ECF No. 11), it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF No. 6) is **GRANTED** and this case will be dismissed with prejudice.

The Clerk of the Court is **ORDERED** to close this case.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**